THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY YOUMANS, Appellant. [699 NYS2d 304] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Dunlop, J.), rendered November 18, 1996, convicting him of criminal sale of a controlled substance in the third degree and criminal sale of a controlled substance in or near school grounds, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

Contrary to the defendant's contention, the court's charge, when read as a whole, was proper (*see, People v Jordan,* 187 AD2d 731; *People v Wise,* 135 AD2d 593).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Sullivan, J. P., Joy, Krausman and Luciano, JJ., concur.